# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4792-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| JAVIER ALEJANDRO VILLALOBOS-ESTRADA (4), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the motion to dismiss without prejudice the Indictment and the Superseding Information (Doc. No. 155) in the above entitled case against defendant Javier Alejandro Villalobos-Estrada. The Defendant is hereby discharged as to this case only and the arrest warrant issued by Magistrate Judge Jan M. Adler on December 1, 2010 as to Javier Alejandro Villalobos-Estrada is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 18, 2017

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-